IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16- 2010 -CA- 006295
DIVISION:

3:10-cv-525-J-34MCR

DIVISION CV-F

FILED

2010 JUN 21 A 9:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

ANDREW MISKA,

      Plaintiff,

vs.

THE TRAVELERS INDEMNITY COMPANY,
a Foreign for Profit Corporation and
NAVIGATORS INSURANCE COMPANY, a
Foreign for Profit Corporation,

      Defendants.

_____/

## COMPLAINT

    The Plaintiff, ANDREW MISKA, by and through his undersigned attorney, files his Complaint against the Defendants, THE TRAVELERS INDEMNITY COMPANY, a Foreign for Profit Corporation and NAVIGATORS INSURANCE COMPANY, a Foreign for Profit Corporation, and alleges as follows:

    1.    This is an action for damages in excess of $15,000.00.

    2.    At all times material hereto, the Plaintiff, ANDREW MISKA, was a resident of Atlantic Beach, Duval County, Florida.

    3.    At all times material hereto, the Defendant, THE TRAVELERS INDEMNITY COMPANY, a Foreign For Profit Corporation (hereinafter referred to as "TRAVELERS") was authorized to do business in the State of Florida and was in the business of selling automobile uninsured motorist insurance in the state of Florida, specifically, Duval County, Florida.

4.     At all times material hereto, the Defendant, NAVIGATORS INSURANCE COMPANY, a Foreign For Profit Corporation (hereinafter referred to as "NAVIGATORS") was authorized to do business in the State of Florida and was in the business of selling personal umbrella insurance in the state of Florida, specifically, Duval County, Florida.

5.     On or about May 1, 2009, Hernandez David Gomez, an uninsured driver, negligently operated or maintained a 2002 Ford vehicle on Atlantic Boulevard, Duval County, Florida, so that the vehicle collided with the vehicle operated by the Plaintiff, ANDREW MISKA, thereby causing the Plaintiff serious and permanent injuries

## COUNT I

### UNINSURED CLAIM AGAINST DEFENDANT TRAVELERS

Plaintiff realleges and reavers Paragraphs 1 through 5 as if fully set forth herein and would further state:

6.     That the Plaintiff, ANDREW MISKA, brings his action on behalf of himself.

7.     The Plaintiff, ANDREW MISKA, is entitled to relief against the Defendant, TRAVELERS upon the following facts:

8.     On or about May 1, 2009, the Plaintiff, ANDREW MISKA, was covered under an automobile insurance policy with TRAVELERS, policy number 9842128331011.  Copy of said policy declaration page is attached hereto and made a part hereof as Exhibit "A".

9.     Said policy provides protection coverage including UM coverage in the amount of $250,000/$500,000. Coverage is stacked because there no signed rejection of stacking.

10.    On or about May 1, 2009, at a time when the aforesaid policy was in full force and effect, the vehicle driven by the Plaintiff, ANDREW MISKA, was struck by a vehicle negligently operated by Hernandez David Gomez.  The Plaintiff suffered serious and permanent injuries within a reasonable degree of medical probability about which injuries

required extensive medical treatment and procedures, thereby causing the Plaintiff, ANDREW MISKA, to endure great pain to the body and mind.

11.    Hernandez David Gomez did not maintain bodily injury liability coverage to compensate the Plaintiff for injuries sustained in the accident and consequently, Hernandez David Gomez is an "uninsured motorist" within the terms of the aforementioned policy.

12.    The aforesaid impact and ensuing injuries and damages complained of by the Plaintiff were the direct and proximate result of the careless and negligent operation of the said uninsured motor vehicle by the motorist involved in the account, all within the meaning of the aforesaid insurance policy.

13.    The Plaintiff is entitled to make an uninsured motorist claim under the policy for damages.

14.    The Plaintiff complied with all the requirements of the said policy which were applicable by law, but Defendant, TRAVELERS, has refused and failed to pay the benefits to which the Plaintiff, ANDREW MISKA, is entitled.

WHEREFORE, the Plaintiff, ANDREW MISKA, demands judgment for damages and costs against Defendant, TRAVELERS, and a trial by jury on all issues herein.

<u>COUNT II</u>

<u>UNINSURED CLAIM AGAINST DEFENDANT NAVIGATORS</u>

Plaintiff realleges and reavers Paragraphs 1 through 5 as if fully set forth herein and would further state:

15.    That the Plaintiff, ANDREW MISKA, brings his action on behalf of himself.

16.    The Plaintiff, ANDREW MISKA, is entitled to relief against the Defendant, NAVIGATORS upon the following facts:

17.     On or about May 1, 2009, the Plaintiff, ANDREW MISKA, was covered under an personal umbrella insurance policy with NAVIGATORS, policy number PUP108878-00. Copy of said policy declaration page is attached hereto and made a part hereof as Exhibit "B".

18.     Said policy provides protection coverage including UM coverage in the amount of $1,000,000.

19.     On or about May 1, 2009, at a time when the aforesaid policy was in full force and effect, the vehicle driven by the Plaintiff, ANDREW MISKA, was struck by a vehicle negligently operated by Hernandez David Gomez.   The Plaintiff suffered serious and permanent injuries within a reasonable degree of medical probability about which injuries required extensive medical treatment and procedures, thereby causing the Plaintiff, ANDREW MISKA, to endure great pain to the body and mind.

20.     Hernandez David Gomez did not maintain bodily injury liability coverage to compensate the Plaintiff for injuries sustained in the accident and consequently, Hernandez David Gomez is an "uninsured motorist" within the terms of the aforementioned policy.

21.     The aforesaid impact and ensuing injuries and damages complained of by the Plaintiff were the direct and proximate result of the careless and negligent operation of the said uninsured motor vehicle by the motorist involved in the account, all within the meaning of the aforesaid insurance policy.

22.     The Plaintiff is entitled to make an uninsured motorist claim under the policy for damages.

23.     The Plaintiff complied with all the requirements of the said policy which were applicable by law, but Defendant, NAVIGATORS, has refused and failed to pay the benefits to which the Plaintiff, ANDREW MISKA, is entitled.

WHEREFORE, the Plaintiff, ANDREW MISKA, demands judgment for damages and costs against Defendant, NAVIGATORS, and a trial by jury on all issues herein.

FARAH & FARAH, P.A.

RANDALL RUTLEDGE
Florida Bar No.:0067202
10 West Adams Street, Third Floor
Jacksonville, Florida 32202
(904) 396-5555
(904) 358-2424 Facsimile
Attorney for Plaintiff